# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 26, 2025

Andrew D. Wheaton
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

RE:  25-8011  Don Clark, et al v. City of St. Louis, Missouri

Dear Counsel:

Enclosed is a copy of the dispositive order in the above-referenced matter. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Susan E. Bindler
Clerk of Court

AMT

Enclosure(s)

cc:     Lucas Chapman
        Clerk, U.S. District Court, Eastern District of Missouri
        Brianna Rose Coppersmith
        Maureen Hanlon

    District Court/Agency Case Number(s):   4:21-cv-00788-JMD

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-8011

_____

Don R. Clark; Adonis H. Clark; Sherrie Clark-Torrence; Ashley Boureima Mourou; A.C., a minor, by and through her mother and next friend, Necole Fisher individually and as the surviving children of Decedent, Don Clark, Sr.

Respondents

v.

City of St. Louis, Missouri

Petitioner

Nicholas Manasco, in his individual capacity; Thomas Strode, in his individual capacity

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00788-JMD)

_____

**JUDGMENT**

Before LOKEN, SMITH, and KOBES, Circuit Judges.

The petition for permission to appeal the district court's order of September 30, 2025, is denied. *See* 28 U.S.C. § 1292(b); *White v. Nix*, 43 F.3d 374, 377–78 (8th Cir. 1994).

The motion for leave to intervene is denied as moot.

November 26, 2025

Order Entered at the Direction of the Court:
Clark, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Susan E. Bindler