# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-8011

Don R. Clark, et al.

Respondents

v.

City of St. Louis, Missouri

Petitioner

Nicholas Manasco, in his individual capacity and Thomas Strode, in his individual capacity

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00788-JMD)

------

## MANDATE

In accordance with the judgment of November 26, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 18, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit